**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMAN KUMAR,<br><br>        Petitioner,<br><br>  v.<br><br><br>WARDEN OF THE DESERT VIEW FACILITY, et al.<br><br>        Respondents. | Case No. 5:26-cv-00708-SVW (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION** |

In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation (R&R) to Deny Habeas Petition, any pertinent records as needed, and Petitioner's objections (ECF 18). The Court has reviewed de novo those identifiable portions of the R&R to which Petitioner has timely and properly objected. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). The Court concludes that nothing in Petitioner's objections affects the material findings and conclusions in the R&R. Thus, the Court accepts the recommendation and orders that the petition under 28 U.S.C. § 2241 be DENIED for the reasons stated in the R&R. Judgment dismissing this action without prejudice will be entered accordingly.

    IT IS SO ORDERED.

DATED: July 14, 2026

                                               HON. STEPHEN V. WILSON
                                               United States District Judge