JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AMAN KUMAR,

Petitioner,

v.

WARDEN OF THE DESERT VIEW FACILITY, et al.,

Respondents.

Case No. 5:26-cv-00708-SVW-SK

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is denied and that this action is dismissed without prejudice.

DATED: July 14, 2026

HON. STEPHEN V. WILSON
United States District Judge